1 | KEVIN V. RYAN (CASBN 118321)
United States Attorney
2
3 | EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division
4 | MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney
5
6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960
7 | Fax: (415) 436-7234

8 | Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3 05 70678 (BZ) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM OCTOBER 3, 2005 UNTIL NOVEMBER 3, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
| v. | ) | |
| ROSALYN TILLERY, | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing this matter and scheduling an arraignment or preliminary hearing date of November 3, 2005 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 3, 2005 until November 3, 2005. The parties agree, and the Court finds and holds, as follows:

1. The defendant has been released on a bond.

2. The parties initially appeared on this matter on September 12, 2005, and the 20-day deadline for preliminary hearing or arraignment under Rule 5.1 was calculated to be October 2, 2005, which is a Sunday. Because counsel for the Government will be out of the country the preceding Friday, September 30, 2005, the Court set the preliminary hearing for Monday,

October 3, 2005, waived time under Rule 5.1, and excluded time to allow for continuity of Government counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

3. The Government has since provided defense counsel with over 600 pages of discovery, and defense counsel will require adequate time to review this material, discuss it with his client, and evaluate the possibility of a prompt resolution of this matter. Accordingly, the parties seek a continuance of 30 days until November 3, 2005.

4. Defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) and to waiving the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from October 3, 2005 until November 3, 2005 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date until November 3, 2005, at 9:30A.M. before the duty magistrate judge, and (2) orders that the period from October 3, 2005 to November 3, 2005 be excluded from the

//
//
//
//
//
//
//
//
//
//

time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:   9/22/05                    /s/
                                    _____
                                    DAVID COHEN
                                    Attorney for Defendant


DATED:   9/21/05                    /s/
                                    _____
                                    MICHELLE MORGAN-KELLY
                                    Assistant United States Attorney

IT IS SO ORDERED.

DATED: 9/21/05

                                    _____
                                    JOSEPH C. SPERO
                                    United States Magistrate Judge

3